Elizabeth K. McManus
emcmanus@ebglaw.com
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ANITA DEODAT,

                Plaintiff,

         -against-

MERCER (US) INC. and MARSH & MCLENNAN COMPANIES,

                Defendants.

------------------------------------------------------------ X

17 Civ. 07288 (JMF) (OTW)

**ORDER OF TERMINATION OF APPEARANCE OF JASON KAUFMAN**

        Defendants Mercer (US) Inc. and Marsh & McLennan Companies, by and through their counsel Epstein Becker & Green, P.C. ("EBG"), respectfully request, pursuant to Local Civil Rule 1.4, that the Appearance of Jason Kaufman as counsel on their behalf be terminated.

        EBG has represented Defendants throughout the pendency of this action and continues to do so.  Mr. Kaufman appeared in this action on behalf of Defendants on October 18, 2017; he is leaving EBG effective today.  The matter is currently in the discovery phase and I will be taking over his role in this matter.  Therefore, the termination of Mr. Kaufman's appearance will have no bearing on the posture of this case.  As such, Defendants respectfully request that the appearance of Jason Kaufman on their behalf be terminated.

Firm:43100586v1

Dated: New York, New York
      August 3, 2018

                              EPSTEIN BECKER & GREEN, P.C.

                              By:   /s/Elizabeth K. McManus
                                       Elizabeth K. McManus
                              250 Park Avenue
                              New York, New York  10177-1211
                              (212) 351-4500
                              emcmanus@ebglaw.com
                              *Attorneys for Defendants*

**SO ORDERED:**                               Dated:   August ___, 2018

_____

3

**CERTIFICATE OF SERVICE**

Elizabeth K. McManus, an attorney admitted to practice before this Court, hereby certifies under penalty of perjury that on August 3, 2018, she caused the foregoing *Order of Termination of Appearance of Jason Kaufman* to be served through the Court's CM/ECF system and by email upon the following:

> Anita Deodat
> 229 Parkville Avenue, Apt. 1H
> Brooklyn, NY 11230
> anitamd364@gmail.com
> *Pro Se Plaintiff*

Dated: New York, New York
August 3, 2018

    /s/ Elizabeth K. McManus
ELIZABETH K. MCMANUS